THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. MEYER KANTOR, Appellant.— Judgment of conviction of the Children's Court of the city of New York, county of Kings, unanimously affirmed. No opinion. Present — Young, Rich, Kapper, Hagarty and Seeger, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. CARMINE NAPALE-TANO and CHARLES PARADISO, Appellants.— Judgment of conviction of the County Court of Kings county, as to defendant Paradiso, modified by striking therefrom the words " and five years to ten years additional pursuant to Section 1944 of the Penal Law," and as so modified affirmed, pursuant to the provisions of section 542 of the Code of Criminal Procedure. Defendant was not amenable to the provisions of section 1944 of the Penal Law.* (People v. Kevlon, 221 App. Div. 224.) Young, Rich and Lazansky, JJ., concur; Kapper and Hagarty, JJ., dissent as to the illegality of the sentence of Paradiso, being of opinion that he was properly sentenced under section 1944 of the Penal Law. Judgment of conviction as to defendant Napaletano unanimously affirmed pursuant to the provisions of section 542 of the Code of Criminal Procedure. Present — Young, Rich, Kapper, Lazansky and Hagarty, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. PASQUALE TRENTA-COSTA, Appellant.— Appeal from judgment of conviction of the County Court of Queens county dismissed upon the ground that the same was not taken in time as provided by section 521 of the Code of Criminal Procedure. Young, Kapper and Seeger, JJ., concur; Rich, J., not voting; Hagarty, J., dissents.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. CHARLES E. HEINECKE and Others, Relators, v. GEORGE V. McLAUGHLIN, etc., Respondent.— Determination of the police commissioner confirmed and proceeding dismissed, without costs. No opinion. Young, Rich, Kapper, Hagarty and Seeger, JJ., concur.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. PHILIP LUTZ, Relator, v. GEORGE V. McLAUGHLIN, as Police Commissioner, etc., Respondent.— Determination of the police commissioner, dismissing the relator from the police force, confirmed, and proceeding dismissed, without costs. Rich, Kapper and Carswell, JJ., concur; Lazansky, P. J., and Seeger, J., dissent and vote to annul the determination and for a new hearing on the ground that the relator did not have a fair trial, because of the reception in evidence of immaterial matter with reference to alleged charges of bigamy against the relator, and of the attitude of the deputy commissioner, who practically prejudged the case.

LOUIS H. RADIN, Appellant, v. NATHAN REIZEN and Others, Respondents.— Judgment affirmed, with costs. No opinion. Rich, Kapper, Seeger and Carswell, JJ., concur; Lazansky, P. J., dissents.

SADIE RAYANKA, as Administratrix, etc., of ANTHONY J. RAYANKA, Deceased, Respondent, v. PENNSYLVANIA RAILROAD COMPANY, Appellant.— Judgment unanimously affirmed, with costs. No opinion. Present — Lazansky, P. J., Rich, Young, Kapper and Carswell, JJ.